TRINA A. HIGGINS, United States Attorney (#7349)
JENNIFER K. MUYSKENS, Assistant United States Attorney (DC#475353)
TRAVIS K. ELDER, Assistant United States Attorney (#11987)
Attorneys for the United States of America
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111
Tel: (801) 524-5682 ◆ Fax (801) 325-3310 ◆ travis.elder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY BASSETT,<br>MASON WARR, and<br>COS ACCOUNTING & TAX LLC,<br>Dba 1099 Tax Pros,<br><br>Defendants. | NOTICE OF APPEARANCE OF COUNSEL<br><br>Case No. 2:23-cr-00039 HCN<br><br>Judge Howard C. Nielson, Jr. |

Notice is hereby given of the entry of appearance of Cy H. Castle, Assistant United States Attorney, as **co-counsel** for the United States of America in the above-entitled action for the purposes of all forfeiture related matters. Please serve all further notices and copies of pleadings, papers and other materials relevant to this action upon:

    Jennifer K. Muyskens (Lead Counsel)
    Assistant United States Attorney
    111 South Main Street, #1800
    Salt Lake City, Utah 84111

[This space intentionally left blank]

Page **1** of **2**

(*Bassett, et. al.*)

Travis K. Elder (Co-Counsel)
Assistant United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111

Dated this 10th day of February, 2023.

                                            TRINA A. HIGGINS
                                            United States Attorney


                                         /s/ *Travis K. Elder*
                                         TRAVIS K. ELDER
                                         Assistant U.S. Attorney