# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ZACHARY BASSETT, <br> MASON WARR, and <br> COS ACCOUNTING & TAX LLC, <br> dba 1099 Tax Pros <br><br> Defendants. | Case No. 2:23-cr-0039-HCN <br><br> **ORDER GRANTING MOTION FOR PROTECTIVE ORDER** <br><br> FILED US District Court-UT <br> MAR 01 '23 AM08:38 |

Based upon the oral motion of the United States of America ("United States"), and with good cause appearing, the court hereby finds that a protective order is necessary and appropriate in this case to prevent harmful disclosure of the personal identifying information of various individuals, while still preserving the defendants' right to a fair trial and meaningful discovery.

Pursuant to the Court's authority under Federal Rule of Criminal Procedure 16(d)(1), it is hereby ordered:

1. The United States will provide counsel for the defendants with unredacted copies of the discovery in this matter, including documents that contain the personal identifying information of third parties.

2. The produced unredacted discovery shall not be disclosed or made available for inspection or copying to any person other than as permitted in Paragraphs 3 and 4.

3.      Unredacted discovery provided pursuant to the proposed protective order may be further disclosed to the following people: (a) associates, secretaries, paralegals, private investigators, and other employees or independent contractors of such attorneys to the extent necessary to render professional services in this criminal prosecution (collectively, the "Defense Team"); and (b) court officials involved in this case.

4.      Unredacted discovery may be shown to and discussed with the defendants. A defendant may be provided with a copy of the unredacted discovery by their respective counsel for a limited period of time to review the materials for the purpose of assisting counsel, provided that: (a) the copy of unredacted discovery is returned to the Defense Team prior to the conclusion of the case, and (b) the defendant agrees not to show, to copy, or to disseminate the unredacted copy to anyone other than his Defense Team.

5.      Persons obtaining access to the discovery produced pursuant to this protective order shall use the information only for the preparation and conduct of this criminal trial, and any connected hearings or appeals. No information disclosed pursuant to this order shall be used for any other purpose or any other proceeding.

6.      Within 90 days of the conclusion of this case, all discovery produced pursuant to this order and all copies thereof (other than exhibits of the court) shall be returned to the United States Attorney's Office. Alternatively, counsel for the defendants may inform the United States Attorney's Office in writing that all such copies have been destroyed.

7.      Counsel for the defendants are responsible for employing reasonable

measures to control duplication of, and access to, the unredacted discovery. To the extent any defendant is provided a copy of the unredacted discovery by his counsel for a limited period of time for purposes of reviewing the materials to assist his counsel, that defendant is responsible for employing reasonable measures to control duplication of, and access to, the unredacted discovery.

8. Counsel for the parties shall meet and confer to discuss and try to resolve any questions or concerns about the protective order or compliance with the protective order prior to seeking relief from this Court.

9. The provisions of this order governing disclosure and use of the discovery shall not terminate at the conclusion of this criminal prosecution.

Signed this 27th day of February 2023.

HON. JARED BENNETT
United States Magistrate Judge